# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: M.D.O., A MINOR : No. 96 MM 2020
:
:
PETITION OF: S.B., MOTHER :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2020, the "Petition to Perfect Petition for Allowance of Appeal" *Nunc Pro Tunc* is DENIED.